

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Renn Martin v. The State of Texas

Appellate case number:    01-19-00673-CR

Trial court case number:  1535719

Trial court:                        338th District Court of Harris County

Appellant's counsel has filed a motion requesting that we "abate this Appeal," stating that appellant sent counsel a written request to abate the appeal. Appellant's written request to counsel is attached to the motion. The motion to abate is **denied**. The attachments to the motion suggest that appellant is requesting a voluntary dismissal of the appeal. If appellant seeks dismissal of the appeal, counsel must file a motion signed by both counsel and appellant requesting voluntary dismissal under Rule 42.2 of the Texas Rules of Appellate Procedure.

It is so ORDERED.

Judge's signature: ____/s/ Gordon Goodman_____
                                        Acting individually

Date: ____January 30, 2020_____